UK#100
150474

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 05-17854 |
| | ) | |
| **Donna J. Makosky Woods** | ) | Chapter 7 |
| | ) | |
| | ) | Judge Pat E. Morgenstern-Clarren |
| Debtor. | ) | |
| | ) | **TRANSMITTAL OF UNCLAIMED FUNDS** |
| | ) | |

Brian A. Bash, trustee of this estate, reports the following:

1.  Ninety days have passed since payment was made in this case. The name of the creditor to whom such unnegotiated check was issued, the amount of the check and the last known address is:

| Check Number | Payee | Amount |
|---|---|---|
| 1001 | Attorney General of the State of Ohio<br>Collection Enforcement<br>150 E. Gay Street, 21st Floor<br>Columbus, OH 43215 | $3,627.44 |

2.  Your trustee's check totaling $3,627.44 payable to the Clerk of the United States Bankruptcy Court is attached to this report.

Respectfully submitted,

Brian A. Bash, Trustee (0000134)
Baker & Hostetler LLP
3200 National City Center
1900 East Ninth Street
Cleveland, Ohio 44114-3485
Telephone: 216.861.7581
Email: BashTrustee@Bakerlaw.com